```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANTHONY OBEE,
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 23 2011
BROOKLYN OFFICE

                              Plaintiff,              **ORDER**
- against -                                          11 CV 518 (SLT)(LB)

```
P.O. LEONARDO MANOSALVAS, P.O. JAMES
McSHERRY, P.O. HECTOR DeLEON, P.O.
TOMAS REYES, P.O. GEORGE MILLER, P.O.
RICHARD ARAYA, P.O. MICHAEL MILLER,
DET. JOHN COUSINS, and DET. DAVID HALINSKY,

                                        Defendants.
----------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

       During a telephonic status conference on November 22, 2011, the parties settled this matter on the record. Defendants' counsel shall file the stipulation of discontinuance by December 22, 2011.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: November 22, 2011
       Brooklyn, New York